

Stanton/O

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-16-11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

DARKEN ARCHITECTURAL WOODWORK
INSTALLATION, LLC,

                 Plaintiff,

          -against-

JOSEPH MOINIAN d/b/a THE MOINIAN
GROUP, et al.,

                 Defendants.
---------------------------------------------------------------x

11 Civ. 2511 (Stanton, J.)

**STIPULATION AND
ORDER EXTENDING TIME**
[First Extension]

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that the last day for defendant Italkitchen International, Inc. to answer or move in the above-captioned action be, and the same hereby is, adjourned from May 16, 2011 to May 31, 2011.

New York, New York
May 10, 2011

NIXON PEABODY LLP

By: _____
      Adam B. Gilbert
437 Madison Avenue
New York, NY 10022
(212) 940-3000

*Attorneys for Defendant
Italkitchen International, Inc.*

THE LAW OFFICE OF AVRAM E.
FRISCH LLC

By: _____
      Avram E. Frisch
4 Forest Avenue – Suite 200
Paramus, NJ 07652
(201) 289-5352

*Attorneys for Plaintiff*

SO ORDERED:

_Louis L. Stanton_
U.S.D.J.
13455095.2

5/13/11