ORIGINAL

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6-20-11
```

UNITED STATES DISTRICT COURT SOUTHERN
DISTRICT OF NEW YORK
------------------------------------------------------------x
DARKEN ARCHITECTURAL WOODWORK
INSTALLATION, LLC,

        Plaintiffs,

-against-

JOSEPH MOINIAN d/b/a THE MOINIAN GROUP;
123 WASHINGTON LLC, 123 WASHINGTON MEMBER
LLC; 123 WASHINGTON MEMBER II LLC;
123WASHINGTON HOLDING LLC; ITALKITCHEN
INTERNATIONAL, INC.; LIBERTY MUTUAL
INSURANCE COMPANY and
JOHN DOES 1,2, and 3,:

        Defendants.
------------------------------------------------------------x

Case No. 11 CV2511 (LLS)

Civil Action

**STIPULATION EXTENDING TIME OF 123 WASHINGTON LLC, 123 WASHINGTON MEMBER LLC, 123 WASHINGTON MEMBER II LLC AND 123 WASHIGTON HOLDING LLC TO MOVE OR ANSWER WITH RESPECT TO THE COMPLAINT**

     IT IS HEREBY STIPULATED AND AGREED TO, by and between the unsigned counsels for the respective parties herein, that the time of **123 WASHINGTON LLC, 123 WASHINGTON MEMBER LLC, 123 WASHINGTON MEMBER II LLC AND 123 WASHIGTON HOLDING LLC** to move or answer with respect to the complaint is extended until July 15, 2011. Said defendants agree not to raise any defense related to service of process.

This stipulation may be signed by electronically transmitted signatures and in counterparts.

Dated: New York, New York
June 16, 2011

D'AGOSTINO LEVINE LANDESMAN & LEDERMAN, LLP

_____
By: Bruce H. Lederman
*Attorney for* 123 WASHINGTON LLC, 123 WASHINGTON MEMBER LLC, 123 WASHINGTON MEMBER II LLC AND 123 WASHIGTON HOLDING
345 Seventh Avenue, 23rd Floor
New York, NY 10001
Phone: (212) 564-9800

LAW OFFICE OF AVRAM E. FRISCH, LLC

_____
By: Avram E. Frisch
*Attorneys for Plaintiff*
4 Forest Avenue
Suite 200
Paramus, NJ 07652
Phone: (201) 289-5352

SO ORDERED:

_____
U.S.D.J.
6/20/11